IN THE UNITED STATES DISTRICT COURT FOR
         THE DISTRICT OF MARYLAND, NORTHERN DIVISION
                              *
FRANCIS AKINRO,               *

    Plaintiff,                *

        v.                    *   CIVIL NO.:  WDQ-10-1293

HOLIDAY INN EXPRESS HOTEL,    *
*et al.*,
                              *
    Defendants.
                              *

*   *   *   *   *   *   *   *   *   *   *   *   *

                      MEMORANDUM OPINION

On May 17, 2010, Francis Akinro,[1] *pro se*, sued Holiday Inn Express Hotel and over 50 individuals--including a federal court judge, "Mrs. Barbara Bush," and several Nigerian citizens--and moved for leave to proceed *in forma pauperis*.[2]  Paper Nos. 1 & 2. The complaint alleges that:

> Holiday inn and their conspirators are render me homeless and their conspirator is open gun fire on me every hour in street in order to kill me and use me for their me[a]t.

---

[1] Akinro claims to be "U.S. Solicitor General," "Assistant Attorney General," and a "Professor."  *See* Compl. 3-4, Ex. 1 at 1.

[2] Akinro states that he (1) receives $3,063 per month in retirement income, (2) has been employed by the U.S. Department of Justice since July 2009, and (3) has about $200,000 in the bank.  Paper No. 2 at 2.  Although Akinro's indigency application contains questionable information, the Court will grant him leave to proceed *in forma pauperis*.

Compl. 2. As relief, Akinro seeks (1) "eighty hundred and ninety seven thousand trillion[] dollars" in damages, and (2) sentences of life imprisonment and the death penalty for the individual defendants. *Id*. at 3. A "Complaint Addendum" lists over 50 individual defendants, who allegedly denied Akinro accommodations "under any roof in the United States." *Id*. at Ex. 1 at 6.[3] An arrest warrant is also attached to the Complaint, which invokes the Federal Rules of Criminal Procedure and the "California Penal Code." *Id*. at Ex. 2.

Prior to the service of process, federal courts may dismiss *sua sponte* claims filed *in forma pauperis* "if satisfied that the action is frivolous or malicious." *Neitzke v. Williams*, 490 U.S. 319, 324 (1989); *see also* 28 U.S.C. § 1915(e)(2).[4] Factually baseless lawsuits include those "describing fantastic or delusional scenarios, with which federal district judges are all too familiar." *Id*. at 328.

Even giving the Complaint and its attachments a generous construction, the Court finds no basis to permit the action to

---

[3] Akinro also alleges that the Defendants are trying to "kill him in order to convert his personal properties in his car for their personal use and for distribution to Nigerians and their conspirators in [the] United States[.]" Compl., Ex. 1 at 6.

[4] *See also Denton v. Hernandez*, 504 U.S. 25, 33 (1992); *Cochran v. Morris*, 73 F.3d 1310, 1314 (4th Cir. 1996); *Nasim v. Warden*, 64 F.3d 951, 954-55 (4th Cir. 1995).

continue or to allow supplementation.[5]  The Complaint is replete with fanciful and delusional allegations.  Accordingly, it shall be dismissed under 28 U.S.C. § 1915(e)(2).

May 27, 2010                                                  _____/s/_____
Date                                                            William D. Quarles, Jr.
                                                                      United States District Judge

---

[5] In his civil cover sheet, Akinro cites Title VII of the Civil Rights Act of 1964 "base[d] on National Origin.  Refuse to rent their hotel for me and I am sleeping in street."  Compl., Ex. 5.  Considering the bizarre allegations made in the Complaint, the Plaintiff is not entitled to supplement based on this conclusory statement.